### 21450. STATE HIGHWAY DEPARTMENT v. HIGHTOWER.

GRICE, Justice. The error complained of being the sustaining of a general demurrer to the petition for condemnation, and the question involved requiring the mere application of an unambiguous provision of the Georgia Constitution, the Supreme Court is without jurisdiction. *Mayor &c. of Athens v. Gamma Delta Chapter House Corp.,* 208 Ga. 392 (67 SE2d 111); *Dade County v. State of Ga.,* 201 Ga. 241 (39 SE2d 473). The case is, therefore,

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED NOVEMBER 13, 1961—DECIDED NOVEMBER 21, 1961.

*Eugene Cook, Attorney-General, Carter Goode, E. J. Summerour, Paul Miller, Assistant Attorneys-General, Dudley S. Hancock,* for plaintiff in error.
*Webb & Fowler, Jones Webb,* contra.